```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 09643
   ROBERT A BARATTA
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
              Debtor
   SSN XXX-XX-9409


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/09/06 and confirmed on 10/06/06.

   2.  The case was dismissed after confirmation, 01/30/2009.

   3.  The Debtor paid a total of $   7900.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK UNITED | CURRENT MORTG | .00 | .00 | .00 |
| US BANK | SECURED | .00 | .00 | .00 |
| DIANE BARATTA | CHILD SUPPORT | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 18960.32 | .00 | 5927.61 |
| ADVOCATE HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 14908.91 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 26489.77 | .00 | .00 |
| B REAL LLC | UNSECURED | 16328.63 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 8534.59 | .00 | .00 |
| J GORDON WRIGHT MD | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 7799.95 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 499.02 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 486.81 | .00 | .00 |
| HINSDALE ANES ASSOC LTD | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6550.93 | .00 | .00 |
| JAMES N WATZKE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 487.67 | .00 | .00 |
| KOHLS | UNSECURED | 1264.89 | .00 | .00 |
| RADIOLOGISTS OF DUPAGE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3812.10 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 64.12 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6108.93 | .00 | .00 |
| SURGICAL CONSULTANTS OF | UNSECURED | 185.40 | .00 | .00 |

```
PORTFOLIO RECOVERY ASSOC UNSECURED       17745.55              .00            .00
WOODRIDGE CLINIC         UNSECURED      NOT FILED              .00            .00
INTERNAL REVENUE SERVICE UNSECURED         649.45              .00            .00
BECKET & LEE LLP         FILED LATE           .00              .00            .00
        Summary of disbursements:
---------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED         OTHER        TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00      18960.32    111916.72           .00    130877.04
PRINCIPAL PAID            .00       5927.61          .00           .00       5927.61
INTEREST PAID             .00            .00         .00           .00            .00
TOTAL PAID                .00       5927.61          .00           .00       5927.61
The Debtor's attorney, RICHARD S BASS                , was allowed $    2800.00
and was paid $   1200.00   direct and $   1600.00   through the plan.

The Trustee received $     372.39 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 03/16/09                   /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```